07/11/2008 09:49 FAX 14153511389 ☐001/001

```
STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly
identified as CITIBANK, N.A., dba CITI
```

ORIGINAL FILED
2008 JUL 11 P 2: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO M. MANOOS, an individual, | Case No. 08 3359 MMC |
| Plaintiff, | DEFENDANT'S NOTICE OF REMOVAL |
| vs. | (Pursuant to 28 U.S.C. §§ 1331 & 1441(a) & (b) – Federal Question) |
| CITIBANK, N.A., dba CITI | |
| Defendant. | |

NOTICE OF REMOVAL

LA 51068527v2

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   A. R. KACHADOORIAN (State Bar No. 240601)
3  2029 Century Park East, Suite 1800
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
   CITIBANK (SOUTH DAKOTA), N.A., incorrectly
7  identified as CITIBANK, N.A., dba CITI

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  REYNALDO M. MANOOS, an individual,   )   Case No.
                                          )
13              Plaintiff,                )
                                          )   **DEFENDANT'S NOTICE OF REMOVAL**
14       vs.                              )
                                          )   **(Pursuant to 28 U.S.C. §§ 1331 & 1441(a) &**
15  CITIBANK, N.A., dba CITI              )   **(b) -- Federal Question)**
                                          )
16              Defendant.                )
                                          )
17  _____)

NOTICE OF REMOVAL

LA 51068527v2

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
2  OF CALIFORNIA:

3      **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. Sections 1331, 1441(b), and 1446,
4  defendant Citibank (South Dakota), N.A. (incorrectly identified in the Complaint as "CITIBANK,
5  N.A., dba CITI") ("Citibank") hereby removes the action entitled <u>Manoos v. Citibank, N.A., dba
6  Citi</u>, Superior Court of the State of California for the County of San Mateo, Limited Civil Case No.
7  CLJ473384 (the "Action") to the United States District Court for the Northern District of
8  California, on the following grounds:

9      1.    <u>Citibank's Removal Is Timely</u>. Plaintiff Reynaldo M. Manoos ("Plaintiff") served a
10  copy of the Summons and Complaint in the Action via mail to an address outside California (which
11  requires an additional 10 days be added to the 30-day service requirement) on or about June 11,
12  2008. A copy of the Summons and Complaint is attached hereto as Exhibit A. It is unclear as to
13  the date that Citibank actually received the Summons and Complaint, but Citibank could not have
14  received the Summons and Complaint any earlier than June 12, 2008. Citibank's removal is
15  therefore timely pursuant to 28 U.S.C. Section 1446(b) because Citibank has filed this removal
16  well within 30 days of receiving service of the Summons and Complaint.

17      2.    <u>This Court Has Removal Jurisdiction Over This Action</u>. The Action is a civil action
18  of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be
19  removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. Section 1441(b) in that
20  Plaintiff alleges a violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C.
21  Section 1692, <u>et</u> <u>seq.</u> (Complaint ¶¶ 1, 22, 24, "prayer for relief"), a claim that is created by, and
22  arises under, federal law. To the extent any other claims in the Action may arise under state law,
23  including, but not limited to, purported claims asserted under California's Rosenthal Fair Debt
24  Collection Practices Act, California Civil Code Section 1788, <u>et</u> <u>seq.</u>, supplemental jurisdiction
25  over such claims exists pursuant to 28 U.S.C. Sections 1367 and 1441(c).

26      / / /
27      / / /
28      / / /

NOTICE OF REMOVAL

LA 51068527v2

4. <u>Notice has been Effected</u>. A copy of this Notice of Removal is being filed with the Superior Court for the State of California for the County of San Mateo and concurrently served on Plaintiff's counsel of record.

Dated: July 11, 2008

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: /s/ Marcos D. Sasso
           Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly identified as CITIBANK, N.A., dba CITI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITIBANK, N.A. dba CITI

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
REYNALDO M. MANOOS, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
SAN MATEO COUNTY
JUN 0 4 2008
Clerk of the Superior Court
By R. Montgomery
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:** *(Número del Caso):* CLJ 473384

Superior Court of California, County of San Mateo
Southern Branch - Limited Civil
400 County Center, Redwood City, CA 94063-1655

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg, Attorney at Law, THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA 94925, (415) 924-0742

DATE: JUN 0 4 2008    JOHN C. FITTON    Clerk, by R. MONTGOMERY, Deputy
*(Fecha)*             *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

Page 1 of 1

6-1

Exhibit A, Page 3

Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF

**ENDORSED FILED**
**SAN MATEO COUNTY**

JUN 0 4 2008

Clerk of the Superior Court
By R. Montgomery
   DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

LIMITED CIVIL

| | |
|---|---|
| REYNALDO M. MANOOS, an individual, | Case No.: **CLJ 473384** |
| Plaintiff, | COMPLAINT TO RECOVER DAMAGES FOR UNLAWFUL DEBT COLLECTION PRACTICES |
| v. | |
| CITIBANK, N.A. dba CITI, | DEMAND FOR JURY TRIAL |
| Defendants. | |

## I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereafter the "FDCPA"), and the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.* (hereafter, the "CA FDCPA"). These consumer protection acts prohibit debt collectors from, *inter alia*, engaging in deceptive and unfair collection practices.

2.  Defendant is a debt collector under the provisions of Cal. Civ. Code § 1788.2(c), which provides:

> The term "debt collector" means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection.

3.  California law incorporates provisions of Federal law pursuant to Cal. Civ. Code § 1788.17, which provides:

COMPLAINT                                       1                REYNALDO M. MANOOS V. CITIBANK N.A.

Exhibit A, Page 4

> ...every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j...of Title 15 of the United States Code.

## II. JURISDICTION AND VENUE

4. This court has jurisdiction over this action pursuant to Cal. Civ. Code § 1788.17, 15 U.S.C. § 1692k(d), and Cal. Civ. Proc. § 86.

5. Venue is proper in this county because Defendant does business in this county.

## III. PARTIES

6. Plaintiff, REYNALDO M. MANOOS ("Mr. Manoos") is a married man who lives with his wife in South San Francisco, California.

7. Defendant CITIBANK, N.A. dba CITI ("Citi") is a member of Citigroup, Inc. Defendant Citibank does business under the name of "Citi." Defendant Citi issues credit cards under the brand name of Citi Card. The corporate headquarters of Citi are located at 399 Park Avenue, New York, NY 10022-1000. Service on a corporate officer is made at the aforesaid address.

8. Defendant Citi is a debt collector pursuant to Cal. Civ. Code § 1788.2(c).

## IV. FACTUAL ALLEGATIONS

9. Some time ago, Plaintiff was issued a Citi Card by Citibank. The last four digits of the Citi Card account were 2869.

10. Plaintiff used the card to acquire, on credit, goods and services for Plaintiff's personal, family, and household needs.

11. Plaintiff defaulted in payment on the credit card account because of financial setbacks and increasing interest charges and late fees.

12. Plaintiff was worried over making payments on the credit card and other credit card accounts.

13. Plaintiff was frightened by aggressive and persistent collection callers.

14. Plaintiff sought relief from the serious financial circumstances by enlisting the aid of an attorney.

15. Plaintiff retained Irving L. Berg for representation in dealing with the creditors

COMPLAINT　　　　　　　　　　　2　　　　　　REYNALDO M. MANOOS V. CITIBANK N.A.

and collectors.

16. The attorney advised Plaintiff that calls and correspondence from creditors and collectors should be referred to the attorney and that the law required that, upon notice of attorney representation, creditors and collectors are required to leave Plaintiff alone and to deal only with Plaintiff's legal representative.

17. On April 11, 2008, Plaintiff's attorney sent written notice to Defendant that Plaintiff was represented by attorney Irving L. Berg, with respect to Plaintiff's debt, and that all communications regarding Plaintiff's debt should be addressed to Plaintiff's attorney.

18. The letter, Exhibit A, was sent on the attorney's letterhead, and stated, *inter alia*:

> I am the attorney for the consumer noted above. You are advised to direct all communications to my office in connection with the collection of any debt allegedly owed by my client to your company or your client; related companies; or companies to whom the debt is assigned or sold.

19. The letter was not returned as undeliverable by the U. S. Postal Service, and it is presumed that the letter was received shortly after it was sent. (*Mahon v. Credit Bureau*, 171 F.3d 1197, 1202 (9th Cir. 1999))

20. Sometime thereafter, in violation of the notice of attorney representation, Defendant contacted Plaintiff directly and sought to induce Plaintiff to call 1-800-950-5114 "to learn about our special payment options." The toll-free number was to Defendant's in-bound collection offices in Mumbai, India, staffed with lay debt collectors. A partial copy of the direct communication to Plaintiff is attached as Exhibit B.

21. Defendant's conduct violates the CA FDCPA and the FDCPA. Defendant violates Cal. Civ. Code § 1788.14(c), which prohibits:

> (c) Initiating communications, other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney, unless the attorney fails to answer correspondence, return telephone calls, or discuss the obligation in question.

22. Said conduct further violates 15 U.S.C. § 1692c(a)(2), which states a debt

COMPLAINT  3  REYNALDO M. MANOOS V. CITIBANK N.A.

Exhibit A, Page 6

collector may not communicate with a consumer without the consumer's permission:

> (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer....

## CLAIM FOR RELIEF

23. Plaintiff incorporates by reference all of the foregoing paragraphs.

24. Defendant violates Cal. Civ. Code § 1788.14(c) and 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff after receiving notice of attorney representation.

## PRAYER

WHEREFORE, according to the remedies allowable under the California law and Federal law, as provided by Cal. Civ. Code § 1788.32:

> The remedies provided herein are intended to be cumulative and are in addition to any other procedures, rights, or remedies under any other provision of law.

Plaintiff prays for damages as follows:

A. Statutory damages of $2,000 as to Defendant Citi, pursuant to Cal. Civ. Code § 1788.14(c) and 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff after receiving notice of attorney representation.

B. Reasonable attorney's fees and costs, pursuant to Cal. Civ. Code § 1788.32 and 15 U.S.C. § 1692k(a)(3).

Dated: _____

Irving L. Berg
THE BERG LAW GROUP

ATTORNEY FOR PLAINTIFF

DEMAND FOR TRIAL BY JURY.

Plaintiff hereby demands a trial by jury.

Dated: _____

Irving L. Berg

COMPLAINT                                             REYNALDO M. MANOOS V. CITIBANK
                                  4                   N.A.

# EXHIBIT A

*THE BERG LAW GROUP*
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742  Fax: (415) 891-8208*
*e-mail irvberg@comcast.net*

IRVING L. BERG, ESQ.

April 11, 2008

Citi Card
PO Box 142319
Irving, TX 75014-2319

Re:   Reynaldo M. Manoos                           **Notice of Attorney Representation and**
      Your Acct #: xxx2869                         **Notice of Dispute**
      Alleged Creditor: Citi Card

Dear Sir or Madam:

I am the attorney for the consumer noted above. You are advised to direct all communications to my office in connection with the collection of any debt allegedly owed by my client to your company or your client; related companies; or companies to whom the debt is assigned or sold.

Please address all inquiries to my attention in writing. The captioned debt is disputed. Please forward verification of the debt. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

Your collection practices are governed by Federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from contacting my client, my client's employer, or my client's family regarding the alleged debts.**

Further, please note that, should a legal action be brought against you in connection with your collection practices, the legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Your co-operation is appreciated

Sincerely,


Irving L. Berg
ILB/cf


repletterCD5. rev 2/08frm

Exhibit A, Page 9

# EXHIBIT B

| Customer Service: | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-950-5114 | $1500 | $0 | $1050 | $0 | $1123.16 |
| PO BOX 142319 | Statement/Closing Date | Amount Over Credit Line | Past Due | | Minimum Amount |
| IRVING, TX 75014-2319 | 05/07/2008 | $0.00 | $132.94 | | $199.92 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 5/07 | | Standard Purch LATE FEE - APR PAYMENT PAST DUE | 29.00 |
| | 5/07 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | |
| | 5/07 | | Standard Adv ADVANCES*FINANCE CHARGE*PERIODIC RATE | |

Your account is now 3 MONTHS PAST DUE and currently closed. Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday, 8 am to 5 pm.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGES | New Balance |
|---|---|---|---|---|---|
| PURCHASES | $153.86 | $29.00 | $0.00 | | |
| ADVANCES | | $0.00 | $0.00 | | |
| TOTAL | | $29.00 | | | |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | |
|---|---|---|---|
| PURCHASES Standard Purch | $153.75 | 0.05614%(D) | |
| ADVANCES Standard Adv | $28.31 | 0.05614%(D) | |

Visit: www.citicards.com

1541931086903286511231619992571 3

Your Account Number: REDACTED

| Payment Due Date | Your Total Balance | Minimum Amount Due | |
|---|---|---|---|
| MAY 30 2008 | $1123.16 | $199.92 | |

REYNALDO M MANOOS
1700 EL CAMINO REAL
614-E
SOUTH SAN FRANC  CA 94080-1271

CITI CARDS
P.O. BOX 6404
THE LAKES, NV  88901-6404

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF SAN FRANCISCO    )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

    On July 11, 2008, I served the foregoing document(s) described as: **DEFENDANT'S NOTICE OF REMOVAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Irving L. Berg, Esq.
> The Berg Law Group
> 145 Town Center, PMB 493
> Corte Madera, CA 94925
> Telephone: (415) 924-0742
> Facsimile: (415) 891-8208

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business. I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 11, 2008, at Los Angeles, California.

Dino Shorté
[Type or Print Name]

*Dino Shorté*
[Signature]

LA 51068527v2

NOTICE OF REMOVAL