07/11/2008  08:48 FAX  14153511388                                    @001/001

FILE COPY

FAXED

ORIGINAL
FILED

2008 JUL 11 P 2: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
2   MARCOS D. SASSO (State Bar No. 228905)
    A. R. KACHADOORIAN (State Bar No. 240601)
3   2029 Century Park East, Suite 1800
    Los Angeles, California  90067-3086
4   Telephone: 310-556-5800
    Facsimile: 310-556-5959
5   lacalendar@stroock.com                    E-filing

6   Attorneys for Defendant
    CITIBANK (SOUTH DAKOTA), N.A., incorrectly
7   identified as CITIBANK, N.A., dba CITI

8

9                   UNITED STATES DISTRICT COURT                      MMC

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12   REYNALDO M. MANOOS, an individual,   )   Case No. 08   3359
                                          )
13              Plaintiff,                )
                                          )
14       vs.                              )   CERTIFICATION OF INTERESTED
                                          )   ENTITIES OR PERSONS
15   CITIBANK, N.A., dba CITI             )
                                          )   [CIVIL L.R. 3-16]
16              Defendant.                )
                                          )
17                                        )
                                          )

18

19

20

21

22

23

24

25

26

27

28

LA 51068537v1

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   A. R. KACHADOORIAN (State Bar No. 240601)
3  2029 Century Park East, Suite 1800
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
   CITIBANK (SOUTH DAKOTA), N.A., incorrectly
7  identified as CITIBANK, N.A., dba CITI

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  REYNALDO M. MANOOS, an individual,    )   Case No.
                                          )
12                Plaintiff,              )
                                          )   CERTIFICATION OF INTERESTED
13         vs.                            )   ENTITIES OR PERSONS
                                          )
14  CITIBANK, N.A., dba CITI              )   [CIVIL L.R. 3-16]
                                          )
15                Defendant.              )
                                          )
16                                        )
                                          )
17                                        )
                                          )

18

19

20

21

22

23

24

25

26

27

28

LA 51068537v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6        1.    Citibank (South Dakota), N.A. is a subsidiary of Citigroup Inc., a publicly traded

7    corporation, which thereby possesses a financial interest in a defendant to this proceeding.

8    Dated:  July 11, 2008                              Respectfully submitted,

9                                                       STROOCK & STROOCK & LAVAN LLP
                                                        JULIA B. STRICKLAND
10                                                      MARCOS D. SASSO
                                                        A. R. KACHADOORIAN
11

12                                                      By: _____

13                                                               Marcos D. Sasso

14
                                                        Attorneys for Defendant
15                                                          CITIBANK (SOUTH DAKOTA), N.A.,
                                                           incorrectly identified as CITIBANK,
16                                                         N.A., dba CITI

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

LA 51068537v1

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )   ss
COUNTY OF SAN FRANCISCO     )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California  90067-3086.

On July 11, 2008, I served the foregoing document(s) described as: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Irving L. Berg, Esq.
> The Berg Law Group
> 145 Town Center, PMB 493
> Corte Madera, CA  94925
> Telephone: (415) 924-0742
> Facsimile:  (415) 891-8208

☐ **(VIA PERSONAL SERVICE)**  By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)**  In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)**  By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)**  By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2008, at Los Angeles, California.

_____          _____
Dino Shorté                                    
[Type or Print Name]                 [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

LA 51068537v1

NOTICE OF REMOVAL