IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO M. MANOOS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>CITIBANK, N.A., dba CITI,<br><br>    Defendant.  / | No. C 08-3359 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

Before the Court is the Motion to Dismiss of defendant Citibank (South Dakota), N.A. ("Citibank"), incorrectly identified as Citibank, N.A., dba CITI, filed August 15, 2008. On October 4, 2008, plaintiff filed a First Amended Complaint.

A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1]  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956).

Accordingly, Citibank's Motion to Dismiss is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 8, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n.3 (9th Cir. 2000).