IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO M. MANOOS, an individual, | No. C-08-3359 MMC |
| Plaintiff, | **ORDER REMANDING ACTION TO STATE COURT** |
| v. | |
| CITIBANK, N.A., dba CITI, | |
| Defendants. | |

On October 17, 2008, the parties appeared before the Court for a Case Management Conference. For the reasons stated at the Conference, and, in particular, in light of plaintiff's having filed a First Amended Complaint from which the sole federal claim has been removed, and plaintiff's representation to the Court that any further amended pleading will include only state law claims, the above-titled action is hereby REMANDED to the Superior Court of the State of California, in and for the County of San Mateo. See 28 U.S.C. § 1367(c)(3) (providing district court may decline to exercise supplemental jurisdiction where all claims over which district court has original jurisdiction have been dismissed); Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 350 n.7 (1988) ("[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors under the pendent jurisdiction doctrine — judicial economy, convenience, fairness and comity — will point toward declining to exercise jurisdiction over the remaining state-law claims").

**IT IS SO ORDERED.**

Dated: October 20, 2008

MAXINE M. CHESNEY
United States District Judge